| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Jimmy Motor Car Company, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  83-2386277

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6113 E. Colonial Drive** <br> **Ste. A** <br> **Orlando, FL 32807** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | Location of principal assets, if different from principal place of business <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  https://www.jimmymotors.com/

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Jimmy Motor Car Company, Inc.**_____    Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Jimmy Motor Car Company, Inc.**      Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Jimmy Motor Car Company, Inc.**  Case number (*if known*) _____
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Jimmy Motor Car Company, Inc.**                                         Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/30/2024
              MM / DD / YYYY

X _____         **Junaid Iqbal**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X _____         Date  01/30/2024
Signature of attorney for debtor                        MM / DD / YYYY

**Justin M. Luna 0037131**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue
Suite 1400
Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 481-5800**   Email address   **jluna@lathamluna.com**

**0037131 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Abro Motors<br>641 Clearlake Road<br>Unit 31<br>Cocoa, FL 32922 | | | | | | $100,000.00 |
| Acion Opportunity Fund<br>111 W St. John Street<br>#800<br>San Jose, CA 95113 | | Loan | | | | $11,000.00 |
| Arsenal Funding<br>15 West 36th Street<br>11th Floor<br>New York, NY 10018 | | MCA Loan | Disputed | | | $60,000.00 |
| Automotive Finance Corporation<br>3659 Maguire Blvd.<br>Suite 110<br>Orlando, FL 32803 | | Floor Plan | | $52,000.00 | $0.00 | $52,000.00 |
| Axle Funding<br>15301 N. Dallas Pkwy<br>Ste. 800<br>Addison, TX 75001 | | Floor Plan | | | | $342,000.00 |
| Bank of America<br>PO Box 982234<br>El Paso, TX 79998-2234 | | Credit Card | | | | $13,000.00 |
| Bitty Advance<br>1855 Griffin Rd.<br>A-474<br>Dania, FL 33004 | | MCA Loan | Disputed | | | $225,000.00 |
| Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $2,500.00 |

Debtor **Jimmy Motor Car Company, Inc.**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Imran Ghulam**<br>**641 Clearlake Road**<br>**Unit 31**<br>**Cocoa, FL 32922** | | **Loan** | **Disputed** | | | **$200,000.00** |
| **Insta Funders**<br>**1019 Kane Concourse**<br>**Suite 202-A**<br>**Miami Beach, FL 33154** | | **MCA Loan** | **Disputed** | | | **$50,000.00** |
| **Kinetic Advantage**<br>**10333 N. Meridian**<br>**Suite 400**<br>**Indianapolis, IN 46290** | | **Floor Plan** | | **$181,000.00** | **$0.00** | **$181,000.00** |
| **NextGear Capital, Inc.**<br>**1320 CIty Center Dr.**<br>**Suite 100**<br>**Carmel, IN 46032** | | | | | | **$0.00** |
| **Rehan Haider**<br>**641 Clearlake Rd.**<br>**Unit 31**<br>**Cocoa, FL 32922** | | **Promissory Note** | **Disputed** | | | **$400,000.00** |
| **USG Motors Corporation**<br>**641 Clearlake Road**<br>**Unit 31**<br>**Cocoa, FL 32922** | | **Dealer** | | | | **$150,000.00** |
| **Westlake Flooring Services**<br>**4751 Wilshire Blvd. #100**<br>**Los Angeles, CA 90010** | | **Floor Plan** | | **$340,000.00** | **$0.00** | **$340,000.00** |
| **XL Funding, LLC**<br>**10333 N. Meridian St.**<br>**Suite 200**<br>**Indianapolis, IN 46290** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Zion Bancorporation**<br>**One S. Main Street**<br>**9th Floor**<br>**Salt Lake City, UT 84133** | | **Loan** | | | | **$30,000.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re __Jimmy Motor Car Company, Inc.__                               Case No. _____
                                    Debtor(s)                          Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Junaid Iqbal<br>1402 Lone Feather Trail<br>Winter Park, FL 32792 | | 100% | Sole Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __01/30/2024__          Signature  ____/s/ J-P____
                                         **Junaid Iqbal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re   Jimmy Motor Car Company, Inc.                                          Case No.
                                        Debtor(s)                              Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  01/30/2024

**Junaid Iqbal/President**
Signer/Title

Jimmy Motor Car Company, Inc.
6113 E. Colonial Drive
Ste. A
Orlando, FL 32807

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

Justin M. Luna
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Imran Ghulam
641 Clearlake Road
Unit 31
Cocoa, FL 32922

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

Abro Motors
641 Clearlake Road
Unit 31
Cocoa, FL 32922

Insta Funders
1019 Kane Concourse
Suite 202-A
Miami Beach, FL 33154

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

Acion Opportunity Fund
111 W St. John Street
#800
San Jose, CA 95113

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

Arsenal Funding
15 West 36th Street
11th Floor
New York, NY 10018

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

Kinetic Advantage
10333 N. Meridian
Suite 400
Indianapolis, IN 46290

Automotive Finance Corporation
3659 Maguire Blvd.
Suite 110
Orlando, FL 32803

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

NextGear Capital, Inc.
1320 CIty Center Dr.
Suite 100
Carmel, IN 46032

Axle Funding
15301 N. Dallas Pkwy
Ste. 800
Addison, TX 75001

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

Rehan Haider
641 Clearlake Rd.
Unit 31
Cocoa, FL 32922

Bank of America
PO Box 982234
El Paso, TX 79998-2234

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

USG Motors Corporation
641 Clearlake Road
Unit 31
Cocoa, FL 32922

Bitty Advance
1855 Griffin Rd. A-474
Dania, FL 33004

Junaid Iqbal
1402 Lone Feather Trail
Winter Park, FL 32792

Westlake Flooring Services
4751 Wilshire Blvd.
#100
Los Angeles, CA 90010

Jimmy Motor Car Company, Inc. - - Pg. 2 of 2

XL Funding, LLC
10333 N. Meridian St.
Suite 200
Indianapolis, IN 46290

Zion Bancorporation
One S. Main Street
9th Floor
Salt Lake City, UT 84133

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **Jimmy Motor Car Company, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $  21,738.00
   Prior to the filing of this statement I have received          $  21,738.00
   Balance Due                                                                              $           0.00

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):   **Keuji International Inc.**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**1-30-2024**
*Date*

*/s/ Justin M. Luna*
**Justin M. Luna 0037131**
*Signature of Attorney*
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801
(407) 481-5800  Fax: (407) 481-5801
jluna@lathamluna.com
*Name of law firm*