**Fill in this information to identify the case:**

Debtor name   **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:24-bk-00423**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/27/2024          x _____
                                   Signature of individual signing on behalf of debtor

                                   **Junaid Iqbal**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00423**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................    $      499,249.35

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................    $      499,249.35

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      915,000.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................    $      71,017.53

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................    +$      1,174,856.85

4.    Total liabilities .................................................................................
    Lines 2 + 3a + 3b    $      2,160,874.38

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00423**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking Account** | **4983** | **$1,033.49** |
| 3.2. | **Chase** | **Checking Account** | **0185** | **$0.00** |
| 3.3. | **Wells Fargo** | **Checking Account** | **5313** | **$8,905.86** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $9,939.35 |
|---|---|

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

Debtor  **Jimmy Motor Car Company, Inc.**
Name

Case number *(If known)*  **6:24-bk-00423**

| | 7.1. | **Security Deposit with Landlord** | $20,000.00 |
|---|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$20,000.00

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 9,422.00 | - | 0.00 | = .... | $9,422.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 26,000.00 | - | 0.00 | = .... | $26,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 23,500.00 | - | 0.00 | = .... | $23,500.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 40,000.00 | - | 0.00 | = .... | $40,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 19,849.00 | - | 0.00 | = .... | $19,849.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 13,513.00 | - | 0.00 | = .... | $13,513.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$132,284.00

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

Debtor   **Jimmy Motor Car Company, Inc.**                     Case number *(If known)*  **6:24-bk-00423**
         <span style="font-size:small">Name</span>

☐ Yes Fill in the information below.

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**      **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**11- Office Tables**<br>**20- Office Chairs**<br>**2- Couches**<br>**3- Storage Cabinets** | **$3,250.00** | Liquidation | **$3,250.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**5- Computers**<br>**2- Lap Tops**<br>**2- Printers** | **$800.00** | Liquidation | **$800.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.                    **$4,050.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  **Jimmy Motor Car Company, Inc.**                          Case number *(If known)*  **6:24-bk-00423**
        Name

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2016 Mercedes CLS- VIN #: WDDLJ7DB1GA174278  Value $19,991.00**<br>**2016 Ford Mustang- VIN #: 1FA6P8AMXG5257739  Value $14,991.00**<br>**2018 Ford Escape- VIN #:1FMCU0HD6JUA60895 Value $10,991.00** | **$45,973.00** | **Comparable sale** | **$45,973.00** |
| 47.2. | **2020 Nissan Sentra- VIN #: 3N1AB8DV1LY292712 Value $13,991.00**<br>**2013 LandRover Range Rover- VIN #: SALSF2D4XDA768478 Value $12,991.00**<br>**2016 Honda Civic- VIN #: 19XFC2F75GE005195 Value $11,991.00**<br>**2012 Mercedes C300- VIN #: WDDGF8BB2CR233782 Value $8,991.00**<br>**2017 Toyota Corolla- VIN #: 2T1BURHE8HC829885 Value $11,991.00**<br>**2016 Mercedes E400- VIN #: WDDHF6HB7GB273306 Value $16,991.00**<br>**2015 Ford Focus- VIN #: 1FADP3L98FL215342  Value $11,991.00**<br>**2018 Honda Civic- VIN #: 19XFC2F59JE003651 Value $11,991.00**<br>**2017  Hyundai Veloster- VIN #: KMHTC6AE9HU308883  Value $10,991.00**<br>**2012 Honda Accord- VIN #: 1HGCP2F37CA020445  Value $9,991.00**<br>**2013 Hyundai Sonata- VIN #: 5NPEC4AC4DH694715 Value $8,991.00**<br>**2012 Acura TSX- VIN #: JH4CU2F42CC030528 Value $8,991.00**<br>**2010 Acura TSX- VIN #: JH4CU2F64AC031369 Value $ 7,991.00**<br>**2011 Honda Accord- VIN #: 1HGCP2F6XBA103425 Value $7,991.00**<br>**2013 Honda Odyssey- VIN #: 5FNRL5H67DB054066 Value $9,991.00** | **$165,865.00** | **Comparable sale** | **$165,865.00** |
| 47.3. | **2020 BMW M8- VIN #: WBSDZ0C05LBM09440  Value $59,991.00**<br>**2017 Audi A4- VIN #: WAUANAF41HN006195 Value $13,991.00**<br>**2015 Dodge Durango- VIN #: 1C4SDHET9FC100829 Value $15,991.00** | **$89,973.00** | **Comparable sale** | **$89,973.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    **Jimmy Motor Car Company, Inc.**                    Case number *(If known)*  **6:24-bk-00423**
_____Name_____

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.    | $301,811.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |

54.  **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **jimmymotors.com** | Unknown | N/A | Unknown |
| 62.    **Licenses, franchises, and royalties** **Florida Dealer License** | Unknown | N/A | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations** **Per DMV requirement, data for all customers who purchase vehicles are stored in a dealer management software program that includes Name, Address, Phone Number, Vehicle Purchased and Price** | Unknown | N/A | Unknown |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    | $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number *(If known)* | **6:24-bk-00423** |
|---|---|---|---|
| | Name | | |

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   **Company Loan**    30,065.00 - 0.00 = **$30,065.00**
   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   **2- Split Air Conditioners**
   **1- Window Air Conditioner**
   **2- Mini Refridgerators**
   **1- Microwave**
   **2- Pressure Washers**
   **1- Vacuum Cleaners**
   **1- Air Compressor**
   **Misc. Small Tools and Other Misc. Detailing Equipment**    **$1,100.00**

   **See attached list as "Exhibit A"**    **Unknown**

78. **Total of Part 11.**    **$31,165.00**
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number *(If known)* | **6:24-bk-00423** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,939.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $132,284.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,050.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $301,811.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $31,165.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $499,249.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $499,249.35 |

EXHIBIT "A"

**Paid Off Vehicles - Titles not Received**

| S. No. | Make | Model | Year | Vin | Floorplan | Vehicle Possession |
|---|---|---|---|---|---|---|
| 1 | Cadillac | CTS | 2009 | 3GNMCFE04DG284651 | AXLE Funding | Customer |
| 2 | Lexus | ES350 | 2010 | JTHBK1EG3A2408267 | AXLE Funding | Customer |
| 3 | Cadillac | XTS | 2013 | 2G61P5S3XD9194636 | AXLE Funding | Customer |
| 4 | Mercedes | E350 | 2013 | WDDHF5KB5DA726360 | AXLE Funding | Customer |
| 5 | Toyota | Corolla | 2017 | 5YFBURHEXHP729934 | AXLE Funding | Customer |
| 6 | Nissan | Maxima | 2017 | 1N4AA6AP7HC391373 | AXLE Funding | Customer |
| 7 | Nissan | Rogue | 2015 | KNMAT2MT9FP518264 | AXLE Funding | Customer |
| 8 | Acura | MDX | 2013 | 2HNYD2H66DH518332 | AXLE Funding | Customer |
| 9 | Acura | RDX | 2014 | 5J8TB3H54EL017416 | AXLE Funding | Customer |

**Sold Vehicles (Un Paid) - Titles not Received**

| S. No. | Make | Model | Year | Vin | Floorplan | Vehicle Possession |
|---|---|---|---|---|---|---|
| 1 | Volkswagen | Gti | 2016 | 3VW4T7AU7GM011066 | Axle Funding | Customer |
| 2 | Volkswagen | Gti | 2014 | WVWGD7AJ6EW006229 | Axle Funding | Customer |
| 3 | Volkswagen | Jetta | 2016 | 3VW167AJ3GM318993 | Axle Funding | Customer |
| 4 | Toyota | Rav 4 | 2016 | JTMWFREV7GJ072741 | Axle Funding | Customer |
| 5 | Toyota | Corolla | 2013 | 5YFBU4EEXDP125074 | Axle Funding | Customer |
| 6 | Toyota | Corolla | 2014 | 2T1BURHE3EC071983 | Axle Funding | Customer |
| 7 | Nissan | Rogue | 2016 | JN8AT2MT7GW009446 | Axle Funding | Customer |
| 8 | Mercedes | CLS | 2014 | WDDLJ7DB2EA107282 | Axle Funding | Customer |
| 9 | Mercedes | GL | 2010 | 4JGBF7BE4AA609236 | Axle Funding | Customer |
| 10 | Lexus | RX350 | 2011 | 2T2ZK1BA5BC060132 | Axle Funding | Customer |
| 11 | Lexus | RX450 | 2013 | JTJZB1BA9D2409408 | Axle Funding | Customer |
| 12 | Honda | Odyssey | 2014 | 5FNRL5H46EB067827 | Axle Funding | Customer |
| 13 | Honda | Civic | 2011 | 19XFA1F5XBE018869 | Axle Funding | Customer |
| 14 | Dodge | Challenger | 2015 | 2C3CDZBT7FH889045 | Axle Funding | Customer |
| 15 | Chevrolet | Avalanche | 2013 | 3GNMCFE04DG284651 | Axle Funding | Customer |
| 16 | BMW | 5 Series | 2013 | WBAXG5C51DDY32599 | Axle Funding | Customer |
| 17 | BMW | 5 Series | 2012 | WBAXG5C5XCDY28548 | Axle Funding | Customer |
| 18 | Acura | MDX | 2012 | 2HNYD2H35CH537958 | Axle Funding | Customer |
| 19 | Lexus | CT | 2014 | JTHKD5BH9E2202455 | Axle Funding | Customer |
| 20 | Land Rover | Range Rover | 2014 | SALWV2TF6EA364554 | Axle Funding | Customer |
| 21 | Infiniti | QX60 | 2017 | 5N1DL0MM5HC524482 | Axle Funding | Customer |
| 22 | BMW | 3 Series | 2016 | WBA8E9G57GNT86954 | Axle Funding | Customer |
| 23 | Mercedes | C300 | 2014 | WDDGF8AB6EA940466 | Axle Funding | Customer |
| 24 | BMW | 328 | 2013 | WBA3A5G55DNP25124 | Axle Funding | Customer |
| 25 | Genesis | Coupe | 2015 | KMHHU6KJ8FU122229 | Westlake Flooring | Customer |
| 26 | Ford | Mustang | 2019 | 1FATP8UH7K5149959 | Westlake Flooring | Customer |
| 27 | Lexus | LS460 | 2010 | JTHBL5EF5A5097628 | Westlake Flooring | Customer |
| 28 | Audi | A4 | 2014 | WAUBFAFL1EN039234 | Westlake Flooring | Customer |
| 29 | Lexus | ES350 | 2010 | JTHBK1EG6A2363051 | Westlake Flooring | Customer |
| 30 | Lexus | RX | 2011 | 2T2BK1BA5BC114997 | Westlake Flooring | Customer |
| 31 | Infiniti | QX60 | 2014 | 5N1AL0MN5EC549857 | Westlake Flooring | Customer |
| 32 | Lexus | RX350 | 2012 | 2T2ZK1BA8CC072793 | Westlake Flooring | Customer |
| 33 | Acura | MDX | 2011 | 2HNYD2H64BH546174 | Westlake Flooring | Customer |
| 34 | Lexus | ES350 | 2011 | JTHBK1EG9B2423700 | Westlake Flooring | Customer |
| 35 | Mini | Cooper | 2015 | WMWXU3C5XF2B61903 | Westlake Flooring | Customer |
| 36 | Toyota | Camry | 2011 | 4T4BF3EK5BR151495 | Westlake Flooring | Customer |
| 37 | Acura | MDX | 2016 | 5FRYD3H29GB014410 | Westlake Flooring | Customer |
| 38 | Toyota | Corolla | 2018 | 2T1BURHE9JC021311 | Westlake Flooring | Customer |
| 39 | Hyundai | Sonata | 2016 | 5NPE24AF0GH379024 | Kinetic | Customer |
| 40 | Mazda | CX9 | 2013 | JM3TB2CA9D0419775 | Kinetic | Customer |
| 41 | Mazda | 3 | 2016 | JM1BM1U7XG1293856 | Kinetic | Customer |
| 42 | Toyota | Corolla | 2014 | 2T1BURHEXEC004331 | Kinetic | Customer |
| 43 | Mini | Paceman | 2014 | WMWSS5C57EWN67184 | Kinetic | Customer |
| 44 | Volkswagen | Beetle | 2014 | 3VWJP7AT2EM632145 | Kinetic | Customer |
| 45 | Honda | Odyssey | 2015 | 5FNRL5H98FB069625 | Kinetic | Customer |
| 46 | Toyota | 4 Runner | 2013 | JTEZU5JR9D5057260 | Kinetic | Customer |
| 47 | VW | Gti | 2017 | 3VW4T7AUXHM076382 | Kinetic | Customer |
| 48 | Mercedes | E350 | 2016 | WDDHF5KB2GB288489 | Kinetic | Customer |
| 49 | Porsche | Panamera | 2013 | WP0AA2A75DL012416 | AFC | Customer |
| 50 | Hyundai | Veloster | 2014 | KMHTC6AE1UG284142 | AFC | Customer |
| 51 | BMW | X5 | 2015 | 5UXKR0C53F0K67811 | AFC | Customer |
| 52 | Audi | Q7 | 2017 | WA1VAAF79HD002633 | AFC | Customer |

List of Inventory in Possession as on 02/09/24

| S. No. | Make | Model | Year | VIN | Floorplan | Retail Value Approx | Vehicle Possession |
|---|---|---|---|---|---|---|---|
| 1 | Mercedes | CLS | 2016 | WDDLJ7DB1GA174278 | AXLE | 19,991.00 | Jimmy Motor |
| 2 | Ford | Mustang | 2016 | 1FA6P8AMXG5257739 | AXLE | 14,991.00 | Jimmy Motor |
| 3 | Ford | Escape | 2018 | 1FMCU0HD6JUA60895 | AXLE | 10,991.00 | Jimmy Motor |
| 4 | Nissan | Sentra | 2020 | 3N1AB8DV1LY292712 | Westlake Flooring | 13,991.00 | Jimmy Motor |
| 5 | Land Rover | Range Rove | 2013 | SALSF2D4XDA768478 | Westlake Flooring | 12,991.00 | Jimmy Motor |
| 6 | Honda | Civic | 2016 | 19XFC2F75GE005195 | Westlake Flooring | 11,991.00 | Jimmy Motor |
| 7 | Mercedes | C300 | 2012 | WDDGF8BB2CR233782 | Westlake Flooring | 8,991.00 | Jimmy Motor |
| 8 | Toyota | Corolla | 2017 | 2T1BURHE8HC829885 | Westlake Flooring | 11,991.00 | Jimmy Motor |
| 9 | Mercedes | E400 | 2016 | WDDHF6HB7GB273306 | Westlake Flooring | 16,991.00 | Jimmy Motor |
| 10 | Ford | Focus | 2015 | 1FADP3L98FL215342 | Westlake Flooring | 11,991.00 | Jimmy Motor |
| 11 | Honda | Civic | 2018 | 19XFC2F59JE003651 | Westlake Flooring | 11,991.00 | Jimmy Motor |
| 12 | Hyundai | Veloster | 2017 | KMHTC6AE9HU308883 | Westlake Flooring | 10,991.00 | Jimmy Motor |
| 13 | Honda | Accord | 2012 | 1HGCP2F37CA020445 | Westlake Flooring | 9,991.00 | Jimmy Motor |
| 14 | Hyundai | Sonata | 2013 | 5NPEC4AC4DH694715 | Westlake Flooring | 8,991.00 | Jimmy Motor |
| 15 | Acura | TSX | 2012 | JH4CU2F42CC030528 | Westlake Flooring | 8,991.00 | Jimmy Motor |
| 16 | Acura | TSX | 2010 | JH4CU2F64AC031369 | Westlake Flooring | 7,991.00 | Jimmy Motor |
| 17 | Honda | Accord | 2011 | 1HGCP2F6XBA103425 | Westlake Flooring | 7,991.00 | Jimmy Motor |
| 18 | Honda | Odyssey | 2013 | 5FNRL5H67DB054066 | Westlake Flooring | 9,991.00 | Jimmy Motor |
| 19 | BMW | M8 | 2020 | WBSDZ0C05LBM09440 | Kinetic | 59,991.00 | Jimmy Motor |
| 20 | Audi | A4 | 2017 | WAUANAF41HN006195 | Kinetic | 13,991.00 | Jimmy Motor |
| 21 | Dodge | Durango | 2015 | 1C4SDHET9FC100829 | Kinetic | 15,991.00 | Jimmy Motor |

301,811.00

**Fill in this information to identify the case:**

Debtor name  **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:24-bk-00423**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Automotive Finance Corporation**<br>Creditor's Name<br><br>**3659 Maguire Blvd.**<br>**Suite 110**<br>**Orlando, FL 32803**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Floor Plan(Vehicles)** | **$52,000.00** | **$52,000.00** |
| | **Describe the lien**<br>**Blanket Lien** | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Axle Funding**<br>Creditor's Name<br><br>**15301 N. Dallas Pkwy**<br>**Ste. 800**<br>**Addison, TX 75001**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2016 Mercedes CLS- VIN #:**<br>**WDDLJ7DB1GA174278  Value $19,991.00**<br>**2016 Ford Mustang- VIN #:**<br>**1FA6P8AMXG5257739  Value $14,991.00**<br>**2018 Ford Escape- VIN**<br>**#:1FMCU0HD6JUA60895 Value $10,991.00** | **$342,000.00** | **$45,973.00** |
| | **Describe the lien** | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number (if known) | **6:24-bk-00423** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Kinetic Advantage** | **Describe debtor's property that is subject to a lien** | $181,000.00 | $89,973.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 BMW M8- VIN #: WBSDZ0C05LBM09440 Value $59,991.00** | | |
| | | **2017 Audi A4- VIN #: WAUANAF41HN006195 Value $13,991.00** | | |
| | **10333 N. Meridian Suite 400 Indianapolis, IN 46290** | **2015 Dodge Durango- VIN #: 1C4SDHET9FC100829 Value $15,991.00** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Blanket Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Westlake Flooring Services** | **Describe debtor's property that is subject to a lien** | $340,000.00 | $165,865.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Nissan Sentra- VIN #: 3N1AB8DV1LY292712 Value $13,991.00** | | |
| | | **2013 LandRover Range Rover- VIN #: SALSF2D4XDA768478 Value $12,991.00** | | |
| | | **2016 Honda Civic- VIN #: 19XFC2F75GE005195 Value $11,991.00** | | |
| | **4751 Wilshire Blvd. #100 Los Angeles, CA 90010** | **2012 Mercedes C300- VIN #: WDDGF8BB2CR233782** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Blanket Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number (if known) | **6:24-bk-00423** |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$915,000.00**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00423**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**Bankruptcy Unit**<br>**Post Office Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71,017.53 | $71,017.53 |
| Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Abro Motors**<br>**641 Clearlake Road**<br>**Unit 31**<br>**Cocoa, FL 32922** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $100,000.00 |
| Date(s) debt was incurred<br>Last 4 digits of account number | Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Acion Opportunity Fund**<br>**111 W St. John Street**<br>**#800**<br>**San Jose, CA 95113** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $11,000.00 |
| Date(s) debt was incurred<br>Last 4 digits of account number | Basis for the claim:  **Loan**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number (if known) | **6:24-bk-00423** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Arsenal Funding**
**15 West 36th Street**
**11th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MCA Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,782.85** |
|---|---|---|---|

**Auto Trader**
**Cox Automotive**
**3003 Summit Blvd.**
**Ste 200**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6544**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,000.00** |
|---|---|---|---|

**Bank of America**
**PO Box 982234**
**El Paso, TX 79998-2234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,312.00** |
|---|---|---|---|

**Bitty Advance**
**1855 Griffin Rd. A-474**
**Dania, FL 33004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MCA Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Cargurus**
**55 Cambridge Parkway**
**6th Floor**
**Cambridge, MA 02142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Chase Bank**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,387.00** |
|---|---|---|---|

**Edmunds**
**2401 Colorado Ave.**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number (if known) | **6:24-bk-00423** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**GWC Warranty**
**6010 Atlantic Blvd.**
**Norcross, GA 30071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,975.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt- Warranty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**Imran Ghulam**
**641 Clearlake Road**
**Unit 31**
**Cocoa, FL 32922**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$200,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Insta Funders**
**1019 Kane Concourse**
**Suite 202-A**
**Miami Beach, FL 33154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$50,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __MCA Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**Manheim Auction**
**6325 Peachtree Dunwoody Road NE**
**Atlanta, GA 30328**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vehicle Arbitration__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**Rehan Haider**
**641 Clearlake Rd.**
**Unit 31**
**Cocoa, FL 32922**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$400,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**USG Motors Corporation**
**641 Clearlake Road**
**Unit 31**
**Cocoa, FL 32922**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Dealer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Zion Bancorporation**
**One S. Main Street**
**9th Floor**
**Salt Lake City, UT 84133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$24,400.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

---

| Debtor | **Jimmy Motor Car Company, Inc.** | | Case number (if known) | **6:24-bk-00423** |
|---|---|---|---|---|
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ekrem Hajra**<br>**Advanced Recovery Group**<br>**30 Two Bridges Rd.**<br>**Suite 100**<br>**Fairfield, NJ 07004** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Monte Lucious**<br>**71 West Main Street**<br>**Suite 304**<br>**Freehold, NJ 07728** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 71,017.53 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,174,856.85 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,245,874.38 |

**Fill in this information to identify the case:**

Debtor name    **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00423**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Rental Lease Monthly Payment of $6,751.23** | |
| State the term remaining    **Expires December 2025** | **Good Guys Plaza LLC 118 E. Jefferson St. Suite 200 Orlando, FL 32801** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:24-bk-00423**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Automotive Finance Corporation** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Kinetic Advantage** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Westlake Flooring Services** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Axle Funding** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Bitty Advance** | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |

| Debtor | **Jimmy Motor Car Company, Inc.** | | Case number *(if known)* | **6:24-bk-00423** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Insta Funders** | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.7 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Arsenal Funding** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.8 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Zion Bancorporation** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.9 | **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Acion Opportunity Fund** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Jimmy Motor Car Company, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:24-bk-00423**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$10,615,419.73** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$6,821,554.00** |
| **For the fiscal year:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$5,309,718.00** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

| Debtor | **Jimmy Motor Car Company, Inc.** | | Case number *(if known)* | **6:24-bk-00423** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Automotive Finance Corporation**<br>3659 Maguire Blvd.<br>Suite 110<br>Orlando, FL 32803 | 11/03/2023-0<br>1/05/2024 | $43,336.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Floor Plan Payments** |
| 3.2. **Axle Funding**<br>15301 N. Dallas Pkwy<br>Ste. 800<br>Addison, TX 75001 | 11/03/2023-0<br>1/29/2024 | $677,130.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Floor Plan Payments** |
| 3.3. **Kinetic Advantage**<br>10333 N. Meridian<br>Suite 400<br>Indianapolis, IN 46290 | 11/08/2024-0<br>1/19/2024 | $246,917.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Floor Plan Payments** |
| 3.4. **Westlake Flooring Services**<br>4751 Wilshire Blvd.<br>#100<br>Los Angeles, CA 90010 | 11/06/2023-0<br>1/30/2024 | $374,683.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Floor Plan Payments** |
| 3.5. **Insta Funders**<br>1019 Kane Concourse<br>Suite 202-A<br>Miami Beach, FL 33154 | 11/02/2023-0<br>1/29/2024 | $112,521.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Loan Payment** |
| 3.6. **Arsenal Funding**<br>15 West 36th Street<br>11th Floor<br>New York, NY 10018 | 11/01/2023-0<br>1/26/2024 | $54,318.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Loan Payment** |
| 3.7. **Dynasty Capital 26, LLC**<br>700 Canal Street<br>Stamford, CT 06902 | 11/02/2023-1<br>2/28/2023 | $125,210.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Loan Payments** |
| 3.8. **Bitty Advance**<br>1855 Griffin Rd. A-474<br>Dania, FL 33004 | 11/02/2023-1<br>2/28/2023 | $9,688.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan Payment** |

| Debtor | Jimmy Motor Car Company, Inc. | Case number *(if known)* | 6:24-bk-00423 |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Junaid Iqbal**<br>**1402 Lone Feather Trail**<br>**Winter Park, FL 32792**<br>**Sole Shareholder** | 01/30/2023-0<br>1/30/2024 | **$60,000.00** | **Sole Shareholders Annual Gross Salary** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Dynasty Capital 26, LLC**<br>**700 Canal Street**<br>**Stamford, CT 06902** | **Dynasty Capital garnished the Chase bank account ending 0185 and the Bank of America account ending 4983 in the amount of $42,500.00 without consent of the Debtor.**<br>Last 4 digits of account number: _____ | 05/25/2023-12/<br>28/2023 | **$42,500.00** |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Trelani Perkins v. Jimmy Motor Car Company, Inc.**<br>**2024-SC-0024270** | **Civil** | **Orange County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number *(if known)* | **6:24-bk-00423** |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Latham, Luna, Eden & Beaudine, LLP** <br> **201 S. Orange Ave.** <br> **Suite 1400** <br> **Orlando, FL 32801** | | **01/26/2024** | **$21,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? <br> **Keuji International Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number *(if known)* | **6:24-bk-00423** |
|---|---|---|---|

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Per DMV Requirement, the Debtor retains all customer data in its dealer management software program to include: Name, Address, Phone, Vehicle Purchased and Price.**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number *(if known)* | **6:24-bk-00423** |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number *(if known)* | **6:24-bk-00423** |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **HW and Associates CPA PLLC**<br>**7362 Futures Dr.**<br>**Suite 16**<br>**Orlando, FL 32819** | **10/2018-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **HW and Associates CPA PLLC**<br>**7362 Futures Dr.**<br>**Suite 16**<br>**Orlando, FL 32819** | **10/2018-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **HW and Associates CPA PLLC**<br>**7362 Futures Dr.**<br>**Suite 16**<br>**Orlando, FL 32819** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Arsenal Funding**<br>**15 West 36th Street**<br>**11th Floor**<br>**New York, NY 10018** |
| 26d.2. | **Automotive Finance Corporation**<br>**3659 Maguire Blvd.**<br>**Suite 110**<br>**Orlando, FL 32803** |
| 26d.3. | **Bitty Advance**<br>**1855 Griffin Rd. A-474**<br>**Dania, FL 33004** |

Debtor    **Jimmy Motor Car Company, Inc.**

Case number *(if known)*    **6:24-bk-00423**

| Name and address |
|---|
| 26d.4.    **Insta Funders**<br>**1019 Kane Concourse**<br>**Suite 202-A**<br>**Miami Beach, FL 33154** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Account Rep: Toni Cherry** | **01/30/2024** | **2013 Volkswagen Jetta VIN:**<br>**3VWDX7AJ3DM386359**<br>**2015 Toyota Avalon VIN:**<br>**4T1BK1EB0FU167278**<br>**2015 Jeep Cherokee VIN:**<br>**1C4PJLCB1FW532213**<br>**2015 Ford Mustang VIN:**<br>**1FATP8EM5F5356173** |

| Name and address of the person who has possession of inventory records |
|---|
| **Axle Funding**<br>**15301 N. Dallas Pkwy**<br>**Ste. 800**<br>**Addison, TX 75001** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Junaid Iqbal** | **1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Sole Shareholder** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Debtor | **Jimmy Motor Car Company, Inc.** | Case number *(if known)* | **6:24-bk-00423** |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Junaid Iqbal**<br>**1402 Lone Feather Trail**<br>**Winter Park, FL 32792** | **Total Compensation in the form of Salary and Loans from the Debtor are $200,460.00. Net Salary is $50,430.00 and the total amount that was paid back to the company is $119,965.00** | **01/30/2023-01/30/2024** | **Sole Shareholder Annual Gross Salary and Company Loans Combined.** |
| | Relationship to debtor<br>**Sole Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Jimmy Motor Car Company, Inc.**                              Case number *(if known)*  **6:24-bk-00423**

---

**Part 14:   Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/27/2024

_____       **Junaid Iqbal**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes